KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CAROLYN ANDERSON, )
)
                 Plaintiff, )
)
vs. )   Case No. _____
)
FORT HAYS STATE UNIVERSITY, )
)
)
                 Defendant. )
)

## COMPLAINT

Plaintiff Carolyn Anderson ("Carolyn"), for her cause of action against Defendant, Fort Hays State University ("FHSU"), states and alleges as follows:

**Parties**

1. Carolyn is a resident of the State of Indiana.

2. FHSU is a Kansas university and can be served with process by service on its president, Tisa Mason, at 600 Park St., Fort Hays State University, Hays, KS 67601.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1343.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Carolyn is a 73-year old woman who was employed by FHSU beginning on or about May 16, 2014 as an instructor of accounting.

6. Carolyn was hired to her position with the understanding that obtaining her Ph.D. was a requirement. Carolyn received her Ph.D. in February of 2019 and was receiving a salary of approximately $69,000.00 a year.

7. Not long before she was notified that her contract was not being renewed, Carolyn was told she would be put on a tenure track position by the Assistant Dean of FHSU.

8. Carolyn applied for a permanent tenure position, but on or about April 19, 2019, FHSU notified her that her contract was not being renewed for the following school year and someone else was being given her position.

9. Carolyn subsequently discovered that the person who took her position is a much younger male who held lesser qualifications than Carolyn. Specifically, this male was 35-years old, only held a masters degree, was still three years away from receiving his Ph.D., and had no teaching experience at Carolyn's level.

10. Carolyn is AACSB accredited at the masters level and HLC accredited at the doctoral level, received good evaluations from her students and the chair of her department, and never received any meaningful disciplinary action from FHSU before she was notified of the non-renewal of her contract.

11. Carolyn has suffered damages as a result of FHSU's actions including, but not limited to, lost job opportunity, income and benefits.

12. Carolyn filed a complaint with the Kansas Human Rights Commission and Equal Employment Opportunity Commission on May 6, 2019.

13. Carolyn received a Notice of Right to Sue from the United States Department of Justice on May 7, 2020.

14. Carolyn has exhausted her administrative remedies.

**Theories of Recovery**

## COUNT I

## AGE DISCRIMINATION

15. Carolyn realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above.

16. Carolyn has been subjected to unlawful discrimination based on her age in violation of the Age Discrimination in Employment Act for which she is entitled to damages.

## COUNT II

## SEX DISCRIMINATION

17. Carolyn realleges and incorporates herein the allegations contained in paragraphs 1 through 16 above.

18. Carolyn has been subjected to unlawful discrimination based on her sex in violation of Title VII of the Civil Rights Act of 1964 when FHSU replaced her with a male who has less qualifications than her.

WHEREFORE, Carolyn requests that the Court enter judgment in her favor and against FHSU in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against FHSU; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: May 14, 2020.

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel, #14067
Laurel A. Michel #27897
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
laurelmichel@kenberk.com
ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

      /s/  Larry G. Michel
Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan. Rule 40.2, Plaintiff designates Wichita, Kansas as the place of Trial.

      /s/   Larry G. Michel
Larry G. Michel