Exhibit "B"

# Memorandum of Agreement

Between

Fort Hays State University Chapter
of the American Association of University Professors

and

Fort Hays State University/
Kansas Board of Regents

**Fiscal Years 2017, 2018 and 2019
July 1, 2016 to June 30, 2019**

| Article | Title | Page Number |
|---|---|---|
| I | Contract Term | 1 |
| II | Recognition | 1 |
| III | Definitions | 2 |
| IV | Salary | 2 |
| V | Salary Generation | 3 |
| VI | Promotion Stipend | 3 |
| VII | Workload | 4 |
| VIII | Merit Evaluation | 7 |
| IX | Tenure | 11 |
| X | Post-Tenure Review | 27 |
| XI | Promotion | 31 |
| XII | Reappointment, Merit and Promotion for Non-Tenure Track (NTT) Faculty | 43 |
| XIII | Reappointment, Merit and Promotion for Non-Tenure Track (NTT) Librarian Faculty | 51 |
| XIV | Summer Session and Virtual College | 60 |
| XV | Prorating of Supplemental Contracts | 64 |
| XVI | Sabbatical Leave | 64 |
| XVII | Phased Retirement | 68 |
| XVIII | Terminal Degree Compensation | 72 |
| XIX | Professional Travel Funds | 72 |
| XX | Tuition Assistance Program | 73 |
| XXI | Personnel Files | 76 |
| XXII | Faculty-Authored Textbooks | 78 |
| XXIII | Grievance Procedure | 79 |
| XXIV | Reduction in Force | 86 |
| XXV | Program Discontinuance | 88 |
| XXVI | Chronic Low Performance | 91 |
| XXVII | Furloughs and Pay Reduction | 92 |
| XXVIII | Non-Retaliation | 95 |
| XXIX | Dues Deduction | 95 |
| XXX | Information to be Provided | 95 |
| XXXI | Continuing Commitment | 97 |
| XXXII | FHSU-AAUP Use of Campus Facilities | 97 |
| XXXIII | Savings Clause | 98 |
| Appendix A | Step 1 Informal Grievance Form | |
| Appendix B | Steps 2, 3, 4 Grievance Decision Review Form | |
| Appendix C | Academic Freedom and Responsibility | |

# ARTICLE I: CONTRACT TERM

The term of the Memorandum of Agreement between the administration and the faculty bargaining unit is for three years, fiscal years 2017, 2018, and 2019, beginning July 1, 2016, and ending June 30, 2019.

The current Faculty Handbook or past practice will govern mandatorily negotiable terms and conditions of employment that have not been modified through negotiations by the parties.  Whenever a term of this MOA differs from the faculty handbook on a mandatory term and condition of employment, the MOA will prevail.

The parties will exchange notice of items to be negotiated for the next contract term no later than March 15, 2017, 2018 and 2019 (3.5 months prior to the end of the contract term) and no earlier than February 1, 2017, 2018 and 2019 (5 months prior to the end of the Memorandum of Agreement term, June 30, of that fiscal year).  Notice, for the three year period of this contract, is limited to salary, travel funding, Summer Session and Virtual College, intellectual property, merit pay distribution, and overload and supplemental pay calculation.  In addition, FHSU-AAUP may provide notice with regard to any item upon which impasse was declared during the previous years' negotiations, if the impasse procedure provided by Kansas law was followed and exhausted, and if FHSU, acting under the authority of the Kansas Board of Regents, unilaterally implemented the item.  All terms of the Memorandum of Agreement that are not "noticed" for meet and confer will continue in the Memorandum of Agreement in that form unless and until the parties mutually agree to negotiate and modify such term(s).

# ARTICLE II: RECOGNITION

Section 1.  The Employer recognizes FHSU-AAUP as the exclusive representative for the University Faculty Bargaining Unit for the purpose of meeting and conferring with respect to grievances and conditions of employment as certified on May 5, 2000, by the Kansas Public Employee Relations Board (PERB) in case number 75-UDC-1-1999.

Section 2.  As provided in the Unit Determination Order in case #75-UDC-1-1999, dated April 12, 1999, as amended on January 21, 2009, the PERB ordered that the appropriate unit for the Faculty of Fort Hays State University shall consist of the following classifications:

> INCLUDE:  All full-time Fort Hays State University faculty members who hold academic rank as Instructor, Lecturer, Assistant Professor, Associate Professor or Professor.  Also included are employees who hold the rank as Program Specialist, Librarian or Research Scientist.

> EXCLUDE:  All employees who have appointments as President, Provost, Vice Provost, Vice President, Associate Vice President, Assistant Vice

> President, Dean, Associate Dean, Assistant Dean, Department Chair, Curator, Academic Director, Director of the Library, Assistant Director of the Library, and Head Reference Librarian and other employees with assigned unit supervisory duties. Also exclude Visiting Faculty, persons who are confidential employees, and members of the classified service of the State of Kansas.

<u>Section 3.</u>  At the beginning of each Fall and Spring semester, the University Administration agrees to provide upon request and without cost to FHSU-AAUP a list of University Faculty Bargaining Unit eligible employees, based upon the above unit determination order. Lists of employees requested by the FHSU-AAUP more frequently than twice a year shall be subject to processing charges as provided by the Kansas Open Records Act.

<u>Section 4.</u>  Following reasonable efforts to resolve disputes arising among the parties concerning the composition of the appropriate unit, the dispute may be submitted to PERB for resolution.

## ARTICLE III:  DEFINITIONS

1. Any time the term "days" is referred to generally herein, this term shall be construed to mean any and all days during the Fall and Spring semesters, excluding Saturdays and Sundays, upon which on-campus classes or examinations (including final examinations) are held (hereinafter referred to as a "class day"). If any action is required or allowed to be taken on a specified date or within a specified time from a prior event, and such date falls on a day which is not a class day, the action will be timely if taken on the next class day.

2. Any time the expression "faculty" or "faculty member" is used in the MOA it is understood that the reference is to all and only the members of the bargaining unit as defined in Article II, above.

## ARTICLE IV:  SALARY (FY-2019)

FHSU-AAUP and University Administration agree unit member salaries for FY 2019 will be adjusted as follows.

A. <u>Tenure and Promotion Stipends, Degree Completion</u>.  The University will fund tenure and promotion stipends, and amounts previously contracted for degree completion.

B. <u>Increase to Unit Member Salary Pool</u>.  The University will provide an increase per full time equivalent of $750 as a base building increase. Base adjustment will be provided to any unit member who meets minimum expectations.

C. All faculty members shall be evaluated fairly and equitably and without discrimination, pursuant to the Equal Employment Opportunity and Nondiscrimination Policies of Fort Hays State University.

D. Departmental/unit criteria for merit must be developed by departmental/unit faculty and be approved by them, and the departmental/unit chair, respective dean, and provost. Each list of criteria must include the date of faculty approval.

E. Merit criteria must meet and may not be inconsistent with Kansas Board of Regents' procedure and/or policy. In the event legislative action or accreditation mandates require merit to be determined in a specific manner, the University will determine how to fit pre-existing criteria into such action or mandates, with departmental faculty input.

F. Changes in merit criteria, that are not a result of the mandates referenced above, will become effective beginning the first day of the academic year following the change.

G. Merit salary monies are designed to reward outstanding or meritorious faculty work. Merit salary money may not be available every year; however, merit evaluations will be completed each year, whether or not merit or other salary enhancement or salary monies are available. Materials submitted during a merit review for a calendar year in which merit increases are not received may be submitted the next year that merit monies are available; provided, however that the Department Chair may take into consideration the amount of time that has elapsed between the event or accomplishment documented by the material submitted and the current review to determine whether to base a merit increase recommendation in whole or in part on such material. In addition, for the first merit review following adoption of this Article only that material not submitted the previous spring semester for review will be considered. The criteria for merit salary considerations will be determined using the following process.

**Part II. Procedures**

A. The Provost will be responsible for implementation of and administration of a comprehensive and uniform process of evaluation. This process, while attempting to provide uniformity, will allow colleges and departments to take into account the myriad differences between academic disciplines, departmental and college cultures, etc.

B. The period of merit evaluation reflects the calendar year, and the sequence of events relating to merit evaluation should follow this general order: